UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RASHIDA STROBER,

    Plaintiff,

v.                                                  Case No: 8:20-cv-1635-T-36JSS

DERRICK WILLIAMS,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on September 23, 2020 (Doc. 7). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's construed Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) be denied without prejudice; (2) Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice and with leave to file an amended pleading that complies with the Federal Rules of Civil Procedure within twenty (20) days of the date the Report and Recommendation becomes final; and (3) Plaintiff's Motion for Extension of Time to Issue Summons (Dkt. 6) be denied as moot. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's construed Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is DENIED without prejudice.

(3) Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice and with leave to file an amended pleading that complies with the Federal Rules of Civil Procedure within twenty (20) days of the date of this Order. **Failure to file an amended complaint within the time period allowed will result in this action being dismissed without further notice from the Court**.

(4) Plaintiff's Motion for Extension of Time to Issue Summons (Doc. 6) is DENIED as moot

**DONE AND ORDERED** at Tampa, Florida on October 13, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record
Rashida Strober, *pro se*